FILED by _____ D.C.

ELECTRONIC

**Aug 2, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-20567-CR-COOKE/TURNOFF**

CASE NO._____

18 U.S.C. § 1015(a)
18 U.S.C. § 1425(b)

UNITED STATES OF AMERICA

vs.

HUMBERTO YGNACIO VIEIRA,

　　　　Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about June 2, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**HUMBERTO YGNACIO VIEIRA,**

did knowingly apply for and attempt to procure and obtain naturalization, citizenship, and evidence of naturalization and citizenship for himself, to which he was not entitled, in violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

On or about October 9, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**HUMBERTO YGNACIO VIEIRA,**

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that the defendant represented to an officer of the United States Citizenship and Immigration Services during an interview on his N-400 Application for Naturalization that he was born in Cuba, when in truth and in fact, and as the defendant then and there well knew, he was not born in Cuba, in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

_____
FOREPERSON


_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| HUMBERTO YGNACIO VIEIRA, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)       Yes _____   No _____
Number of New Defendants  _____
Total number of counts  _____

X  Miami  ___ Key West
___ FTL  ___ WPB  ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:  (Yes or No)  __Yes__
    List language and/or dialect  __Spanish_____

4.  This case will take  __2-3__  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)

    | | | | | | |
    |---|---|---|---|---|---|
    | I | 0 to 5 days | X | Petty | | |
    | II | 6 to 10 days | | Minor | | |
    | III | 11 to 20 days | | Misdem. | | |
    | IV | 21 to 60 days | | Felony | X | |
    | V | 61 days and over | | | | |

6.  Has this case been previously filed in this District Court?  (Yes or No)  __No__
    If yes:
    Judge: _____  Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?  (Yes or No)  __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No)  __No__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

_____
ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 537861

\*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **HUMBERTO YGNACIO VIEIRA**

Case No: _____

Count #: 1
Unlawfully Attempting to Obtain Naturalization

Title 18, United States Code, Section 1425(b)

* **Max.Penalty**: 10 Years' Imprisonment

Count #: 2
Making a False Statement in a Naturalization Proceeding

Title 18, United States Code, Section 1015(a)

* **Max.Penalty**: 5 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.